# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00215-CV

---

### In re Commitment of George Johnson

---

### FROM PROBATE COURT NO. 2 OF TRAVIS COUNTY
### NO. C-1-MH-24-000389, THE HONORABLE NICHOLAS CHU, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 6, 2024. On May 24, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 3, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Prosecution

Filed: July 3, 2024